# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN EUGENE LEPLEY,
Appellant,

vs.

THE STATE OF NEVADA; HIGH DESERT STATE PRISON; AND BRIAN WILLIAMS, WARDEN,
Respondents.

No. 74338

FILED

DEC 0 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order transferring jurisdiction. Seventh Judicial District Court, White Pine County; Gary Fairman, Judge; Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-41494

cc: Hon. Linda Marie Bell, District Judge
Hon. Gary Fairman, District Judge
Brian Eugene Lepley
Attorney General/Carson City
Eighth District Court Clerk
White Pine County Clerk